# DEPARTMENT OF JUSTICE

# FEDERAL BUREAU OF INVESTIGATION



DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION

TILLEY v. FBI
1:25-cv-1972 (D.D.C.)

SF-50

Redacted Copy

## REDACTION CODES

P.    THE PRIVACY ACT OF 1974, 5 U.S.C. § 552a.

P-1.    INFORMATION, THE DISCLOSURE OF WHICH WOULD BE AN UNWARRANTED INVASION OF PERSONAL PRIVACY.

S.    PERSONAL IDENTIFYING INFORMATION RELATED TO LAW ENFORCEMENT PERSONNEL AND THEIR FAMILY MEMBERS. THE DISCLOSURE OF WHICH IS ROUTINGLY GUARDED FOR SECURITY REASONS.

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

Case 1:25-cv-01972-SLS   Document 11-1   Filed 03/02/26   Page 3 of 3

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| TILLEY, KEVIN PATRICK | P-1 | S | 03/15/2025 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| P | REMOVAL |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| P | P |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

**7. FROM: Position Title and Number**
SPECIAL AGENT
P

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| P | P | P | P | P | P |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| | P | P | P |

**14. Name and Location of Position's Organization**
FEDERAL BUREAU OF INVESTIGATION
SEATTLE

**15. TO: Position Title and Number**

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| | .00 | | .00 |

**22. Name and Location of Position's Organization**
P

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| P | P | | P |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| P | P | P |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per |
|---|---|---|---|
| P | P | P | P |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| P | P | | P |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| P | SEATTLE   KING   WA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | P | P | P | P |

**45. Remarks**
P

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| U.S. DEPARTMENT OF JUSTICE | ELECTRONICALLY SIGNED BY: |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| P | P | 03/16/2025 | MIRIAM COAKLEY<br>ASSISTANT DIRECTOR |