**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KEVIN P. TILLEY,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF<br>INVESTIGATION,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 25-1972 (SLS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Plaintiff opposes the Defendant's motion to dismiss Plaintiff's complaint pursuant to Rules

12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. In support of his opposition, Plaintiff

refers this Court to the attached memorandum.

March 30, 2026                                  Respectfully Submitted,

                                               */s/ Michael S. Zummer*
                                               Michael S. Zummer
                                               (Bar ID LA0013/La. Bar No. 31375)
                                               2337 Magazine St. Unit D
                                               New Orleans, LA 70130
                                               Telephone: (504) 717-5913
                                               E-mail: afbilitigation@gmail.com
                                               *Counsel for Plaintiff*