**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| KEVIN P. TILLEY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 25-1972-SLS |
| FEDERAL BUREAU OF INVESTIGATION, | ) ) ) ) | |
| Defendant. | ) ) ) ) | |

**<u>DECLARATION OF MICHAEL S. ZUMMER</u>**

I, Michael S. Zummer, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1756 that the following is true and correct:

**BACKGROUND**

1.     I am counsel for Kevin P. Tilley ("Tilley"), the Plaintiff in this matter. I am over the age of eighteen and am competent to testify.

2.     Previously, I served as a special agent with the Federal Bureau of Investigation ("FBI") for approximately twelve years.

3.     My career with the FBI ended on September 30, 2016, when the FBI suspended my security clearance to access classified material after I reported to a U.S. district court judge unclassified allegations of prosecutorial misconduct favoring a sexual predator district attorney I investigated.

4.     Through a settlement agreement, I was able to retire from the FBI effective February 7, 2026.

1

5. The statements contained in this Declaration are based on my review of documents and communications associated with disciplinary action taken against Tilley, which is separate from the security clearance and personnel actions at issue in this lawsuit.

6. If called to testify, I can and will testify to these facts. I have cited supporting documentation where it is available.

7. By way of a letter dated March 7, 2025, separate from the security clearance matter, the FBI's Office of Professional Responsibility ("OPR") notified Tilley that it had decided to remove him from the FBI. OPR had not substantiated the allegations against Tilley that had served as the basis to suspend his security clearance. However, OPR substantiated three minor administrative violations that Tilley disputes. The total punishment of the three violations merited removal.

8. OPR's March 7, 2025, decision was subject to an appeal to the FBI's Office of Disciplinary Appeals and was not a final agency decision.

9. On March 17, 2025, Tilley's attorney in the OPR proceedings filed a notice of appeal in the disciplinary matter ("disciplinary appeal") with the FBI.

10. After this lawsuit was filed on June 24, 2025, Tilley's disciplinary appeal brief was filed on August 25, 2025, and the FBI notified Tilley's attorney that it had received the brief on August 26, 2025.

11. The FBI reviewed his appeal on October 28, 2025. Tilley did not receive the FBI's final removal decision until October 30, 2025.

12. Tilley has pending discrimination claims related to his removal through Title VII.

Executed this 30th day of March 2026 in New Orleans, Louisiana.

_____
Michael S. Zummer