**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KEVIN P. TILLEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FEDERAL BUREAU OF<br>INVESTIGATION,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 25-1972 (SLS)

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion to Dismiss and Plaintiff's Opposition to Defendant's Motion to Dismiss, it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

Date:_____

_____
Hon. Sparkle L. Sooknanan
United States District Judge