# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KEVIN P. TILLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 25-1972 (SLS) |
| ) | |
| FEDERAL BUREAU OF ) | |
| INVESTIGATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on March 30, 2026, I electronically filed with the Clerk of Court for the U.S. District Court for the District of Columbia, using this Court's CM/ECF system, Plaintiff's Opposition to Defendant's Motion to Dismiss, Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss, the accompanying Declaration of Michael S. Zummer, and proposed order. This Court's CM/ECF system sent notification of such filing to all counsel of record in this case.

March 30, 2026

Respectfully Submitted,

*/s/ Michael S. Zummer*
Michael S. Zummer
(Bar ID LA0013/La. Bar No. 31375)
2337 Magazine St. Unit D
New Orleans, LA 70130
Telephone: (504) 717-5913
E-mail: afbilitigation@gmail.com
*Counsel for Plaintiff*