**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KEVIN P. TILLEY,          )<br>                                )<br>         Plaintiff,       )<br>                                )<br>     v.                    )<br>                                )<br>FEDERAL BUREAU OF      )<br>INVESTIGATION,         )<br>                                )<br>         Defendant.     )<br>                                ) | Civil Action No. 25-1972 (SLS) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Leave to File Sur-Reply in Support of Opposition to Defendant's Motion to Dismiss, this Court grants the motion.

It is hereby **ORDERED** that Plaintiff's Motion for Leave to File Sur-Reply in Support of Opposition to Defendant's Motion to Dismiss is **GRANTED**.

Date:_____          _____

                                                         Hon. Sparkle L. Sooknanan<br>                                                         United States District Judge